**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Petitioner,

v.

Ricky Darren Sanders, Respondent.

Appellate Case No. 2010-173047

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal From Sumter County
R. Ferrell Cothran, Jr., Circuit Court Judge

———————

Memorandum Opinion No. 2012-MO-40
Heard October 3, 2012 – Filed October 24, 2012

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General William M. Blitch, Jr., all of Columbia; and Solicitor Ernest Adolphus Finney, III, of Sumter, for Petitioner.

Susan Barber Hackett, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the decision of the Court of Appeals in *State v. Sanders*, Op. No. 2010-UP-362 (S.C. Ct. App. filed July 12, 2010).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**